

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-23-00360-CV

———————————————

IN RE FLAVIUS NICHITA EURISTHE, Relator

---

Original Proceeding
Justice of the Peace, Precinct 4 of Tarrant County, Texas
Trial Court No. JP044-23-E00065939

---

Before Bassel, Wallach, and Walker, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION

Relator has filed a petition for writ of mandamus regarding the actions of a justice of the peace. We lack mandamus jurisdiction over a justice of the peace. *See* Tex. Gov't Code Ann. § 22.221(b)–(c); *see also In re Garcia*, No. 13-18-00651-CV, 2018 WL 6219254, at *2 (Tex. App.—Corpus Christi–Edinburg Nov. 28, 2018, orig. proceeding) (mem. op.) ("This Court does not have jurisdiction to issue a writ of mandamus against a justice of the peace."). Accordingly, we dismiss relator's petition for want of jurisdiction.

Per Curiam

Delivered: October 3, 2023